UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| MELVIN D. NEWLON, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:05-CV-2218 (CEJ) |
| JOHN DOES, et al., | ) |
| Defendants. | ) |

### ORDER

**IT IS HEREBY ORDERED** that defendants' motion [#27] for an extension of time in which to file a motion for summary judgement is **granted**.

**IT IS FURTHER ORDERED** that the defendants' motion shall be due no later than **August 7, 2006**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 5th day of July, 2006.